**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THOMAS BURNS**                                                              **CIVIL ACTION**

**VERSUS**                                                                          **NO. 14-2242**

**WESTWEGO POLICE DEPARTMENT, ET AL.**                 **SECTION "I" (1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Westwego Police Department's unopposed motion to dismiss, Rec. Doc. 9, is **GRANTED** and that the claims against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against the remaining unidentified defendants are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 16th day of December, 2014.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**